UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKIE A. STONER,

    Plaintiff,

v.                              Case No.: 8:04-CV-2465-T-30MAP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon the Motion for Entry of Judgment with Remand (Dkt. #12) pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3). The Plaintiff does not object to the relief requested. Accordingly, for the reasons stated in the motion, it is

ORDERED:

1. The Motion for Entry of Judgment with Remand (Dkt. #12) is GRANTED.

2. The Clerk is directed to enter judgment for the Plaintiff with instructions that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case is REMANDED for further administrative proceedings consistent with the reasons stated in the Defendant's motion.

3. The Clerk is directed to CLOSE this file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2004\04-cv-2465.order.wpd