UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JACKIE A. STONER,**

    **Plaintiff,**

v.                                   Case No.  8:04-cv-2465-T-30MAP

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion for Award of Attorney's Fees (Dkt. #15). Plaintiff seeks attorney's fees in the amount of $3,567.23 and costs in the amount of $179.30, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (the "Act"). This Court finds that Plaintiff is entitled to the requested amounts under the Act, except for $61.24 in attorney's fees that are attributable to secretarial duties performed by Plaintiff's legal counsel.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion for Award of Attorney's Fees (Dkt. #15) is **GRANTED in part** and **DENIED in part** as stated herein; and

2. The Clerk is directed to enter a judgment in favor of Plaintiff against Defendant in the amount of **$3,685.29** ($3,505.99 in attorney's fees and $179.30 in costs).

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record