UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKIE A. STONER,

    Plaintiff,

v.                                               CASE NO: 8:04-CV-2465-T-30MAP

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

This case comes before the Court *sua sponte*. A review of the file indicates this case should be closed. The parties may move the Court to reopen the case upon motion and good cause shown.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to close this file.
2. The parties may move the Court to reopen the case upon motion and good cause shown.
3. Any pending motions are denied as moot.

**DONE** and **ORDERED** in Tampa, Florida on December 11, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Odd\2004\04-cv-2465.close case.frm